■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

CHARLES CUFFEE, Appellant.—Appeal by the defendant from a judgment of the County Court, Orange County (Miller, J.), rendered March 24, 1983, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel is granted leave to withdraw as counsel (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Niehoff, Weinstein, Kunzeman and Spatt, JJ., concur.